JS-6

# United States District Court
## Central District of California

JAMES RUTHERFORD,

    Plaintiff,

v.

H AND S INVESTMENTS GROUP, LLC., et al.,

    Defendants.

Case No. 5:20-cv-01422-VAP-SHKx

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: October 6, 2020

HON. VIRGINIA A. PHILLIPS
United States District Judge